THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Terrance
 Gilbert Adams, Appellant.
 
 
 

Appeal From Richland County
 James W. Johnson, Jr., Circuit Court
 Judge
Unpublished Opinion No. 2008-UP-435
Submitted August 1, 2008  Filed August 5,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,
 and Solicitor Warren B. Giese, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  Terrance Gilbert Adams appeals his convictions and
 sentences for six charges of first-degree
 burglary, six charges of petit larceny, one charge of resisting arrest, and one
 charge of possession of burglary tools.  He argues the circuit court erred in
 denying his motion to suppress evidence as the product of an unlawful search
 and seizure.  Adams filed a separate pro se brief.  After a thorough review
 of the record and both briefs pursuant to Anders v. California, 386 U.S.
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] Adams appeal and grant counsels motion to be relieved. 
APPEAL
 DISMISSED.  
KONDUROS, J., CURETON,
 A.J., and GOOLSBY, A.J., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.